IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAMS OFFSHORE LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-0465 |
| | § | |
| OSA INTERNATIONAL, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

One of the defendants, Woodlands Export, LLC, moved to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Docket Entry No. 45). Adams Offshore Limited filed a second amended complaint to address the issues raised by the motion to dismiss. As a result, that motion is moot.

SIGNED on November 3, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge