IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAMS OFFSHORE LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-0465 |
| | § | |
| OSA INTERNATIONAL, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before this court is the summary-judgment defendants' motion to withdraw deemed admissions.[1] (Docket Entry No. 81). Adams Offshore Limited has not yet responded to that motion. The parties have informed the court that they have reached a tentative settlement. To accommodate the parties, Adams Offshore is granted an extension for filing its response. In the event that the parties do not settle, Adams Offshore's response is due by 5:00 p.m. Central on October 24, 2011.

SIGNED on October 18, 2011, at Houston, Texas.

                                                Lee H. Rosenthal
                                                United States District Judge

---

[1] The summary-judgment defendants are OSA International, LLC; Con-Dive, LLC; Amado Omar Yanez Osuna; Oceanografia, S.A. de C.V.; Mindy Kay a/k/a Mindy K. McGilvrey; and Gustavo Adolfo Azcarate Padilla. (Docket Entry No. 84, at 1).